IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPI
EASTERN DIVISION

**RUSTY HOLLOWAY**                                                                                        **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO.  2:15-cv-86-KS-MTP**

**LAMAR COUNTY, et al.**                                                         **DEFENDANTS**

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants Jason McNelly and Mike Purvis hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order [44] entered in this action on April 8, 2016, denying Defendants' Motion for Summary Judgment [35] and the Order [52] entered on May 31, 2016, denying Defendants' Motion to Alter or Amend the Judgment [46].   In Defendants' Motion for Summary Judgment, the defendants sought dismissal of the Plaintiff's claims based on qualified immunity. An order denying qualified immunity is immediately appealable under 28 U.S.C. § 1291 and *Mitchell v. Forsyth*, 472 U.S. 511, 530, 105 s. Ct. 2806, 2817, 86 L. Ed. 2d 411 (1985).

RESPECTFULLY SUBMITTED this the 14th day of June, 2016.

                                                           **JASON MCNELLY AND MIKE PURVIS**

                                                           By:   */s/William R. Allen*
                                                                                One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
JESSICA S. MALONE (MSB #102826)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
jmalone@aabalegal.com

## CERTIFICATE

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which gave notice of same to the following:

>Daniel M. Waide, Esq.
>Johnson, Ratliff & Waide, PLLC
>P.O. Box 17738
>Hattiesburg, MS 39404
>dwaid@jhrlaw.net

This the 14th day of June, 2016.

>/s/*William R. Allen*
>OF COUNSEL