IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPI
EASTERN DIVISION

**RUSTY HOLLOWAY**                                                                                    **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.  2:15-cv-86-KS-MTP**

**LAMAR COUNTY;**
**MIKE PURVIS, individually and**
**in his official capacity; JASON**
**MCNELLY individually and**
**in his official capacity**                                                                            **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on the joint, *ore tenus* motion of the parties to dismiss the instant cause of action with prejudice, and the Court, having considered the same and having been advised that the parties are in agreement thereto, is of the opinion that said motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, that this cause is hereby dismissed with prejudice and that each party shall bear their own costs.

SO ORDERED AND ADJUDGED this the   19th   day of April, 2017.

                                                                                         s/Keith Starrett
                                                                   United States District Court Judge

AGREED:

/s/Daniel M. Waide
Daniel M. Waide, Esq. (MSB#103543)
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
P.O. Box 17738
Hattiesburg, MS 39402
601-582-4553 (Office)
601-582-4556 (Fax)
Email:  waidelaw.ms@gmail.com
      *Attorney for Plaintiff*

/s/*William R. Allen*

WILLIAM R. ALLEN, ESQ. (MSB#100541)
ALLEN, ALLEN, BREELAND & ALLEN, PLLC
Post Office Box 751
Brookhaven, MS 39602
Tel:     (601) 833-4361
Fax:    (601) 833-4467
Email:  wallen@aabalegal.com
     *One of the Attorneys for Defendants*